**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHN J. STANZ et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:    1:25cv272 (LLA)** |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FAILED SERVICE BY MAILING**

Plaintiffs, by counsel, hereby notify the Court that attempts to serve the Complaint and associated papers in this matter on the Islamic Republic of Iran ("Iran") pursuant to the requirements of 28 U.S.C. § 1608(a)(3) have failed. This statutory provision requires first attempting service "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." 28 U.S.C. § 1608(a)(3).

Counsel for Plaintiffs is aware that shipping companies DHL, UPS, and FedEx no longer ship packages from the United States of America to Iran. Therefore, the only available avenue for attempting service by foreign mailing is via registered mail with the United States Postal Service. Plaintiffs filed their Affidavit of Foreign Mailing of Default Judgment under 28 U.S.C. § 1608(a)(3) on March 6, 2025. ECF No. 6. That mailing was certified as dispatched by the Clerk's Office on March 12, 2025. ECF No. 8.

Pursuant to Section 1608, "if service cannot be made within 30 days under paragraph (3)" the next step is for service "to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." 28 U.S.C. § 1608(a)(4). More than thirty days have passed since Plaintiffs'

attempted service by foreign mailing was dispatched, so it is now appropriate for Plaintiffs to proceed with diplomatic service under Section 1608(a)(4). Plaintiffs will file the necessary documents to initiate diplomatic service shortly. It is the experience of counsel that diplomatic service will take approximately four to six months to be completed by the Department of State.

Respectfully submitted,

/s/ Kevin A. Hoffman
Kevin A. Hoffman, Esq. (DC Bar No. 1044559)
Randy D. Singer, Esq. (DCD Bar No. VA0157)
Maryam M. Atty, Esq. (DCD Bar No. VA137)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerhoffman.com
Email: randy.singer@singerhoffman.com
Email: maryam.atty@singerhoffman.com
*Counsel for Plaintiffs*