**FROM:**

Clerk of Court US District
333 Consitution Ave NW
Washington DC 20001



REGISTERED MAIL
RE 245 102 623 US

RETURN RECEIPT REQUESTED




Retail

U.S. POSTAGE PAID
FCMI LE
WASHINGTON, DC 20210
MAR 12, 2025

00181   $45.38

S2324M505942-16



**TO:**

Islamic Rep of Iran
Foreign Affair
Att: Abbas Araghchi
Khomeini Ave
United Nations St Tehran
Iran.







Utility Mailer
10 1/2" x 16"

ReadyPost