**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN J. STANZ** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )       **Case No.:**    **1:25cv272 (LLA)** |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR DEFAULT JUDGMENT

COME NOW, Plaintiffs JOHN J. STANZ, JOHN C. STANZ, LISA DESTRO, STACY WAITE, AMY PAVLOVICH, TARA ARCHFIELD, CASSIE STRONZ, JOSEPH STANZ, MARC LALIBERTE, JULIETTE LALIBERTE, individually and as guardian of H.L., SHYANNE LALIBERTE, JULIA LALIBERTE, JAMES LALIBERTE, BETSY LALIBERTE, JOHN LALIBERTE, JASON ROBERTS, CHRISTINA ROBERTS, and JOHN ROBERTS, (collectively referred to herein as "Plaintiffs") to request that the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, enter judgment by default against the Islamic Republic of Iran.

In support of this request, Plaintiffs rely upon the law, facts, and arguments contained within and attached to their simultaneously filed Memorandum in Support of this Motion and ask that the Court enter the Proposed Order attached hereto.

Respectfully submitted,

_____/s/ Kevin A. Hoffman_____
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
Maryam M. Atty (DCD Bar No. VA137)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451

2

Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com
Email: maryam.atty@singerhoffman.com
*Counsel for Plaintiffs*

2